

Attorneys admitted in
California, New York,
Texas, Pennsylvania,
Maine, and District of Columbia

Sender's contact:
scott@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
231 Norman Avenue, Suite 413
Brooklyn, New York 11222

**MEMO ENDORSED**

November 24, 2020

**DELIVERED VIA ECF AND ELECTRONIC MAIL**

Honorable Lewis A. Kaplan
KaplanNYSDChambers@nysd.uscourts.gov

|            |                                                                                   |
|------------|-----------------------------------------------------------------------------------|
| Case Title: | *Dana Ruth Lixenberg v. COED Media Group, LLC; et al.* 1:20-cv-07170-LAK |
| Re:        | **Request to Adjourn Initial Pretrial Conference and for Leave to File Amended Complaint** |

Your Honor:

I represent Plaintiff in the above-referenced action. I write to respectfully request an adjournment of the Initial Pretrial Conference currently scheduled for December 16, 2020 at 10:40 a.m., and for leave to file a First Amended Complaint. This is the first request for an extension.

Plaintiff requests an adjournment for two reasons: 1) Defendant COED Media Group, LLC has not yet made an appearance in this matter; and 2) Plaintiff has recently discovered an additional entity, Blutonic, Inc., that is party to the alleged infringement of this action and therefore seeks to amend her Complaint to include these claims. A copy of the proposed First Amended Complaint is attached hereto as **Exhibit 1.** An adjournment of the Initial Pretrial Conference would provide the time necessary for Defendants to respond to the First Amended Complaint and also allow all parties to participate in preparing the joint Rule 26(f) submissions and to appear at the conference.

For these reasons, Plaintiff respectfully requests an adjournment of the Initial Pretrial Conference to a date in February 2021 convenient to this Court's calendar, and for leave to file her First Amended Complaint. We thank Your Honor for your consideration of this request.

Respectfully submitted,

By: */s/ Scott Alan Burroughs*
Scott Alan Burroughs
DONIGER / BURROUGHS
For the Plaintiff

*Encl: First Amended Complaint*

*Leave to file granted. Conference adjourned pending further order.*

**SO ORDERED**

LEWIS A. KAPLAN, USDJ
12/9/2020

1