UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

Dana Ruth Lixenberg,

        Plaintiff,                           20-cv-7170 (LAK)

v.

COED Media Group, LLC, et al.,

        Defendant(s).
------------------------------x

## ORDER

        Plaintiff's counsel has notified the court that the parties have reached a settlement in principle to resolve all claims at issue in this case.

        Accordingly, the case is dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect on or before, January 15, 2021, if the settlement is not executed by then.

        SO ORDERED.

DATED: December 15, 2019

                                                           Lewis A. Kaplan
                                                   United States District Judge